IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DAYLE BARBAREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-1073-TMH |
| ) | [wo] |
| DENNIS MEEKS, *et. al.,* ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On July 12, 2012, the Magistrate Judge filed a Recommendation in this case, granting Defendant's motion for summary judgment for Plaintiff's failure to properly exhaust an administrative remedy and dismissing this case with prejudice, to which no timely objections have been filed. (Doc. No. 44). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice pursuant to 42 U.S.C. § 1997e(a) and for the Plaintiff's failure to comply with the orders of this court.

DONE this 28th day of August, 2012.

      /s/ Truman M. Hobbs
      TRUMAN M. HOBBS
      SENIOR UNITED STATES DISTRICT JUDGE